```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
S.A.R.L. GALERIE ENRICO NAVARRA AND  :
ENRICO NAVARRA,                                              :     10 Civ. 7547 (KMW-RLE)
                                                                           :
                                        Plaintiffs,          :     **STIPULATION EXTENDING TIME TO**
                                                                           :     **ANSWER AMENDED COMPLAINT**
vs.                                                                  :
                                                                           :
MARLBOROUGH GALLERY, INC., PHILIPPE   :
KOUTOUZIS, and PIERRE LEVAI,                          :
                                                                           :
                                        Defendants.       :
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Philippe Koutouzis to answer the Amended Complaint is hereby adjourned from April 23, 2013 to and including April 30, 2013. This is the third extension of time requested. The first extension of time was granted on June 18, 2012 and the second extension of time was granted on April 9, 2013. Counsel for plaintiffs consents to the requested extension. This Stipulation may be executed in counterparts and a facsimile or pdf copy shall have the same force and effect as an original and may be filed with the Court without further notice to either party.

Dated: April 22, 2013

FINN DIXON & HERLING LLP

By: _____
Tony Miodonka, Esq.
177 Broad Street, 15th Floor
Stamford, Connecticut 06901
(203) 325-5000 (tel)
(203) 325-5001 (fax)

*Attorneys for defendant Philippe Koutouzis*

FOLEY & LARDNER LLP

By: Adam C. Losey _____
Adam C. Losey, Esq.
90 Park Avenue
New York, New York 10016
(212) 682-7474 (tel)
(212) 687-3229 (fax)

*Attorneys for plaintiffs, S.A.R.L. Galerie Enrico Navarra and Enrico Navarra*

**SO ORDERED: N.Y., N.Y.**

/s/ Kimba M. Wood  4-23-13
_____
KIMBA M. WOOD
U.S.D.J.